| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRYAN QUESENBERRY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMS FLOORS, LLC; ATLANTIC COAST SEAFOOD, INC.; BLUSH BAKING COMPANY, LLC; BOSTON TECHNOLOGY CORPORATION; CAPE & ISLANDS KITCHENS, INC.; COMPONENT SOURCES INTERNATIONAL, INC.; GARVIN CONSTRUCTION PRODUCTS, LLC; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 103; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS BUILDING CORPORATION; JUNCTION INCORPORATED; MAXIM BATRIN; NEW ENGLAND DEACONESS ASSOCIATION; NEWFANGLED STUDIOS, LLC; PRO SPORTS THERAPY, INC.; SACCONNESSET GOLF SOCIETY, LLC; SAFETY RESTORE, INC.; SMG NEWBURY RESTAURANT, LLC; SPRINGFIELD TOWER SQUARE, LLC; and XTAL BIOSTRUCTURES, INC.,<br><br>　　　　Defendants. | Civ. Action No. 1:20-cv-11712-ADB |

**<u>ORDER</u>**

The Relator Bryan Quesenberry, having filed a Notice of Dismissal of this action, and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that,

1. This action is dismissed with prejudice as to Relator Bryan Quesenberry and without prejudice as to the United States;

2. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Dismissal, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

SO ORDERED.

_____
United States District Judge

Dated: August 4, 2021